**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-234-O |
| | ) | |
| TOMMIE JOE HAMILTON, | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, *Petitioner's Motion for Court to Enter a Nunc Pro Tunc Order in this Case to Correct Oversights, Mistakes, and Inadvertent Omissions by Petitioner and Legal Counsel* (doc. 37) is **DENIED**.

**SIGNED this 31st day of May, 2016.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE